IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| VERSUS | ) | |
| | ) | No. 3:09-00218 |
| | ) | Judge William J. Haynes, Jr. |
| ABDOLREZA ERFANI, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO EXTEND CURRENT PLEA DEADLINE

Defendant, Abdolreza Erfani, by and through counsel, moves this Court for an order extending the current plea deadline from May 3, 2013, to May 20, 2013. As grounds for this motion, Defendant would assert that he and government are negotiating a possible settlement of this matter, and need additional time to work through the details of any agreement. Counsel consulted with governments counsel. The government has no objection to this request.

Respectfully submitted this the 2nd day of May, 2013.

> [Handwritten annotation:] Order. This motion is GRANTED. The Plea hearing is set for May 20, 2013 at 4:00pm.
> [Signature]
> 5-6-13

/s/ Craig P. Fickling
CRAIG P. FICKLING, BPR # 14845
Attorney for Abdolreza Erfani
118 East First Street
Post Office Box 1483
Cookeville, TN 38503
Telephone (931) 528-6403

1